KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, CA, 94102
   Telephone: 415-436-7152
   Facsimile: 415-436-7234
   E-mail: Timothy.Lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>  v.<br>JAVIER TAMAYO, *et al.*<br>               Defendants. | No. CR 06 - 0647 CRB |
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>  v.<br>JOSE CAMPOS,<br>               Defendant. | No. CR 06 - 0648 CRB<br><br>STIPULATION AND [PROPOSED]<br>ORDER |

STIPULATION AND [PROPOSED] ORDER
*United States v. Tamayo, et al.; United States v. Campos,*
[CR 06 - 0647 CRB; CR 06 - 0648 CRB]

1  WHEREAS, the parties are scheduled to appear before this Court for a status hearing and
2  possible trial setting in the above-entitled matters, which have been previously related together
3  by this Court, on Wednesday, January 9, 2007, at 2:15 p.m.;
4  WHEREAS, the defendants have requested a number of discovery items from the
5  government, some of which involve the identity of confidential sources on pending criminal
6  investigation(s);
7  WHEREAS, the government has now advised counsel for the defense that such pending
8  criminal investigation may have action taken upon them within the next 30 days or less, such
9  that the government may then be in a position to disclose some or all of the identities of such
10 confidential sources requested by the defense without the need for motion practice on the issue
11 of the identities of such confidential sources;
12 WHEREAS, in light of this development, the parties are in agreement that a short
13 continuance of this matter is in the best interest of the defendants and the Court in seeking an
14 efficient use of the Court's resources, by reducing or even eliminating entirely the need for
15 motions and/or a hearing on the issue of confidential sources and further the goals of having
16 parties meeting-and-conferring on discovery issues without the need for judicial intervention;
17 WHEREAS, Assistant Federal Public Defender Elizabeth Falk, counsel for defendant
18 Jose Campos, is beginning trial in another matter that is expected to continue for several weeks,
19 until approximately early February 2007, such that she will be available to consult with her
20 client and work on this matter until such trial is completed, which is expected for early next
21 month;
22 WHEREAS, the parties, including each of the defendants, are in agreement that time on
23 the Speedy Trial Clock should be excluded based on effective preparation of counsel and in the
24 best interests of justice until the next call of the case, in approximately 30 days;
25 THEREFORE, the parties jointly request and hereby stipulate that the matter be
26 continued until Wednesday, February 14, 2007, at 2:15 p.m., before this Court and that time be
27 excluded under the Speedy Trial Clock based on the need for effective preparation of counsel as
28 well as continuity of counsel and that the ends of justice served by the granting of such

STIPULATION AND [PROPOSED] ORDER
*United States v. Tamayo, et al.; United States v. Campos,*
[CR 06 - 0647 CRB; CR 06 - 0648 CRB]

1  continuance outweigh the best of the public and the defendant in a speedy trial, pursuant to 18
2  U.S.C. §§ 3161(h)(8)(A), (B)(iv).

3

4  **IT IS SO STIPULATED.**

5

6  BARRY J. PORTMAN                                    KEVIN V. RYAN
7  Federal Public Defender                             United States Attorney

8  /s/ Elizabeth Falk
9  ELIZABETH FALK                                      TIMOTHY LUCEY
   for Defendant Jose Campos                           Assistant United States Attorney
10

11

12

13 TAMOR & TAMOR                                       O'MELVENY & MYERS LLP

14

15

16 RICHARD TAMOR                                       COLLEEN KENNEDY
   for Defendant Javier Tamayo                         for Defendant Julio Palominos
17

18

19 **IT IS SO ORDERED.**

20

21

22 Dated: January 12, 2007

23                                                     _____
                                                       HONORABLE CHARLES R. BREYER
24

25                                                     IT IS SO ORDERED
                                                       Judge Charles R. Breyer
26

27

28

STIPULATION AND [PROPOSED] ORDER
*United States v. Tamayo, et al.; United States v. Campos,*
[CR 06 - 0647 CRB; CR 06 - 0648 CRB]