UNITED STATES DISTRICT COURT

Northern District of California

USA

              Plaintiff(s),                  No. CR 06-00648 CRB

  v.

CAMPOS                                    ORDER

              Defendant(s).
_____/

Detention hearing in the above entitled case will be held February 22, 2007 at 11:00 a.m. in Courtroom F

Dated: February 15, 2007

_____
JAMES LARSON, Chief United States Magistrate Judge