IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-648 CRB |
| | ) | |
| Plaintiff, | ) | [PROPOSED] RELEASE ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSE CAMPOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The undersigned parties stipulate as follows:

1. Mr. Campos is currently scheduled for a detention hearing on February 22, 2007, at 11:00 a.m.;

2. The parties hereby stipulate and respectfully request the Court to order Mr. Campos' release;

3. The parties hereby stipulate that Mr. Campos' conditions of release shall be reinstated, and that a curfew condition be added at the direction of Pretrial Services;

4. The parties hereby stipulate and agree that this release order is without prejudice,

No. CR 05-0114 MAG (EMC)                1

and either party is free to return to this Court and request further modification of conditions of release as appropriate. The government retains its right to request that the defendant be detained in the future.

IT IS SO STIPULATED

Date: February 16, 2007  _____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

Date: February 6, 2007  _____/S/_____
TIM LUCEY
Assistant United States Attorney

I hereby confirm and attest by the holographic "S" in the aforementioned spaces that I have obtained official permission from Mr. Lucey, AUSA to file this document.

## ORDER

For good cause shown, IT IS HEREBY ORDERED that defendant Jose Campos, who was ordered detained on February 14, 2007, shall be hereby ORDERED RELEASED from the Alemeda County Jail, Glenn Dyer Facility forthwith. Mr. Campos shall be released immediately. The conditions of Mr. Campos are hereby reinstated with the following modifications:

Mr. Campos shall abide by a curfew, as deemed appropriate by Pretrial Services

Mr. Campos is hereby ORDERED to report to Pretrial Services in San Francisco on Tuesday, February 20, 2007.

Dated:

IT IS SO ORDERED

Judge James Larson

No. CR 05-0114 MAG (EMC)    3